

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Disraeli Arnold, on behalf of father, Curtis Arnold, Junior, and daughter, Faith Arnold, of the deceased,

Vs. No. 11-25-00140-CV

Sheriff Mike Griffis, individually and as head of the Ector County Sheriff's Office, nurse Robin McCullough, and misidentified/misnamed nurse Shelly James,

\* From the 70th District Court of Ector County, Trial Court No. A24101194CV.

\* August 7, 2025

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered Appellees' motion to dismiss this appeal and concludes that the motion should be granted in part. We grant Appellees' motion to the extent that it requests that we dismiss the appeal as to Disraeli Arnold purporting to proceed on behalf of Curtis Arnold and Faith Arnold, and we dismiss that portion of the appeal. Accordingly, this appeal is dismissed with respect to Curtis Arnold and Faith Arnold only; the appeal remains active with respect to Disraeli Arnold in his individual capacity.